UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terrence Rosario Wilson                            Docket No. 5:09-CR-63-1BR

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrence Rosario Wilson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on November 2, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Terrence Rosario Wilson was released from custody on April 25, 2018, at which time the term of supervised release commenced. On May 15, 2018, a Violation Report was issued advising the defendant tested positive for marijuana on May 3, 2018, and May 8, 2018. The court agreed to hold the violation in abeyance because the defendant was recently enrolled in the Surprise Urinalysis Program (SUP) and was referred for a substance abuse assessment. On June 4, 2018, a second Violation Report was filed advising that on May 24, 2018, the defendant tested positive for marijuana and cocaine. The violation was held in abeyance with increased urinalysis testing and substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 23, 2018, and July 24, 2018, Wilson tested positive for marijuana and cocaine. He admitted to drug use, and signed an Admission of Use Form. Based on the defendant's continued drug use, a 45-day period of Location Monitoring (Curfew) is recommended. As an intervention method, Wilson has also been recommended for weekly substance abuse counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Terrence Rosario Wilson
Docket No. 5:09-CR-63-1BR
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Timothy L. Gupton<br>Timothy L. Gupton<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8686<br>Executed On: August 09, 2018 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_9\_\_\_ day of \_\_August_____, 2018, and ordered filed and made a part of the records in the above case.


_____ *W. Earl Britt*
W. Earl Britt
Senior U.S. District Judge